**In re James Richard JACKSON.**

**No. 2008–1258.**

United States Court of Appeals, Federal Circuit.

June 23, 2008.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).